[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 15, 2005
THOMAS K. KAHN
CLERK

_____

No. 03-16376
Non-Argument Calendar

_____

D. C. Docket No. 02-00189-CR-CB-M

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS DESHON LOCKETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(November 15, 2005)**

Before DUBINA, HULL and MARCUS, Circuit Judges

PER CURIAM:

William Gregory Hughes, appointed counsel for Marcus Deshon Lockett,

has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lockett's conviction and sentence is **AFFIRMED**.